UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| | : | Civil Action No. 13-2626(FLW) |
| HANNAH APPIAH | : | |
| Plaintiff, | : | **ORDER OF DISMISSAL** |
| | : | |
| v. | : | |
| | : | |
| PERFORMANT RECOVERY, INC. | : | |
| Does 1 throught 10, inclusive | : | |
| Defendant. | : | |

It having been reported to the Court that the above-captioned action has been settled in its entirety;

IT IS on this 19th day of August, 2013;

ORDERED THAT:

(1) This action is hereby DISMISSED without costs and without prejudice to the right, upon motion and good cause shown, within 60 days, to reopen this action if the settlement is not consummated; and

(2) If any party shall move to set aside this Order of Dismissal as provided in the first paragraph or pursuant to the provisions of Fed. R. Civ. P. 60(b), in deciding such motion the Court retains jurisdiction of the matter to the extent necessary to enforce the terms and conditions of any settlement entered into between the parties.

                                                                  s/Freda L. Wolfson
                                                                  Freda L. Wolfson
                                                                  United States District Judge